IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SARAH LINDSEY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 16-cv-878-JPG

Crim. Case No. 14-cr-40034-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Sarah Lindsey's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Sarah Lindsey, and that this case is dismissed with prejudice.

**DATED: January 23, 2017**    JUSTINE FLANAGAN, Acting Clerk of Court

    *s/Tina Gray*, **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**